**Appeal Dismissed and Memorandum Opinion filed May 30, 2024.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-24-00126-CV

## ELLIOT BERRY, Appellant

## V.

## CAMDEN DEVELOPMENT INC, Appellee

**On Appeal from the County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1216432**

### MEMORANDUM OPINION

This is an appeal from a judgment signed January 31, 2024. The clerk's record was filed April 3, 2024. The reporter's record was not filed. No brief was filed.

On May 6, 2024, we issued a notice stating that unless appellants filed a brief within ten days the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Jewell, Zimmerer, and Hassan.